ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
APR 22 2008
U.S. COURT OF FEDERAL CLAIMS

INFORMATION SCIENCES CORP.

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

CASE NUMBER 08-304 C

JUDGE: ____________

NOTICE OF DIRECTLY RELATED CASE

Plaintiff, Information Sciences Corporation ("ISC"), pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims, hereby notifies the Court that its Complaint filed April 22, 2008, is directly related to a previous case adjudicated by the Court. ISC's Complaint seeks relief based violation of ISC's rights to copyrighted information by the General Services Administration ("GSA").

1. The previous case was Case Number 07-744, (Judge Braden), Information Sciences Corp., and Gallagher, Hudson, Hudson & Hunsberger, Inc. (d/b/a Development InfoStructure or DEVIS), Plaintiff-Intervenor, v. United States, and Symplicity Corp., Defendant-Intervenor, ___ Fed. Cl. ___ (2008).

2. ISC's and Devis's Motions for Judgment on the Administrative Record were granted in part, and GSA was required to set aside the contract awarded to Symplicity and to issue a revised solicitation if it intended to proceed with the procurement.

3. This Complaint involves the same parties, Plaintiff ISC and Defendant United States of America. In addition to the Court and the Defendant, this Notice will be provided to

counsel for the Intervenors in the previous case, Plaintiff-Intervenor Gallagher, Hudson, Hudson & Hunsberger, Inc. (d/b/a Development InfoStructure or DEVIS) and Defendant-Intervenor Symplicity Corporation.

4. The case to which ISC's Complaint relates was filed on October 24, 2007 and involved a record of over 2,000 pages of documents, pre-hearing briefing, an oral argument and post-hearing briefs. The court's decision granting in part Plaintiff's and Plaintiff-Intervenor's Motions for Judgment on the Administrative Record was issued on March 18, 2008. The assignment of this Complaint to the same judge, Judge Braden, is likely to conserve judicial resources and promote an efficient determination of this action because it will preclude the need for any newly-assigned judge to become familiar with the facts of the case and the issues involved.

Respectfully submitted,

William A. Shook
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC 20006
Tel: (202) 661-6256
Fax: (202) 778-9001
bill.shook@klgates.com

Date: April 22, 2008