ORIGINAL

FILED
APR 22 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INFORMATION SCIENCES CORP.<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | CASE NUMBER 08-304 C<br><br>JUDGE: |

DISCLOSURE STATEMENT

Plaintiff, Information Sciences Corporation (ISC), pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, hereby notifies the Court that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

William A. Shook
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC 20006
Tel: (202) 661-6256
Fax: (202) 778-9001
bill.shook@klgates.com

Date: April 22, 2008