IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SCIENCES CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-304C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including July 23, 2008, within which to file its response to plaintiff's complaint. Defendant's response is currently due to be filed June 23, 2008. This is defendant's first request for an enlargement of time. Counsel for plaintiff has represented that plaintiff does not oppose this request.

An enlargement of time is necessary given the complexity of issues presented, coordination with agency counsel, and the volume of motions and briefs for other cases currently pending before this Court, the Court of Federal Claims, the Court of International Trade, and the London Court of International Arbitration assigned to undersigned counsel. The complaint in this case was filed on April 22, 2008. The undersigned is lead counsel in Amber Resources v. United States, No. 02-30, a portion of which went to trial from December 3 to 7, 2007 and January 7 to 11, 2008. The Government's 190-page post-trial brief was filed on May 16, 2008, and oral argument was held on June 9, 2008. Also since April 22, the undersigned has filed briefs in several cases, including Bouchard v. Department of Veterans Affairs (Fed. Cir. No. 2008-3067), Recino v. United States Postal Service (Fed. Cir. No. 2008-3102), Brodgon v. Office of Personnel Management (Fed. Cir. No. 2008-3195), Brantley v. Department of the Treasury (Fed. Cir. No. 2008-3219), and United States v. Canada (LCIA No. 7941). The

undersigned also will be conducting numerous depositions in June and July 2008 in the cases of Catel, Inc. v. United States (Ct. Fed. Cl. No. 05-1113) and United States v. Jackpine Forest Products Ltd. (CIT No. 06-00009).

Additional time is necessary so that defendant's counsel may review the documents related to the challenged procurement and obtain any additional information or clarification from agency counsel and contracting personnel.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Gregg M. Schwind
GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tel: (202) 353-2345
Fax: (202) 514-8624

June 20, 2008

Attorneys for Defendant