# EXHIBIT 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SCIENCES CORP., Plaintiff, | ) | |
| v. | ) | No. 08-304C (Judge Braden) |
| THE UNITED STATES, Defendant, | ) | |

**Declaration of Robert Abood**

I, Robert Abood, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am over the age of 18, and I have personal knowledge of the facts set forth in this Declaration.

2. I am currently a Contracting Officer with the General Services Administration (hereinafter "GSA") and as part of my employment with GSA, I am personally involved in awarding and administering the Federal Business Opportunities (FBO) website redesign contract. I have been a Contracting Officer for over 19 years.

3. The 8(a) STARS (Streamlined Technology Acquisition Resources for Services) contract vehicle is an 8(a) set-aside. The 8(a) STARS contracts have a unique market niche, as the contract vehicle is specifically designed for 8(a) certified vendors. The use of this vehicle allows federal agencies to receive 8(a) socio-economic procurement preference credit for their purchases. The 8(a) program refers to the Small Business Administration's 8(a) Business Development Program, named for a section of the Small Business Act. This program was created to help small disadvantaged businesses compete in the federal procurement market.

3. The new FBO.gov support order to Symplicity is a task order under the 8(a) STARS contract vehicle, and authorized under the provisions of Section 8(a) of the Small Business Act (15 U.S.C. 637(a)) and the regulations found in Federal Acquisition Regulation (FAR) Subpart 19.8.

This "directed award" using the 8(a) STARS contract vehicle afforded the Government the best opportunity to complete the work already well underway.

4. The Task Order under the STARS program was awarded to Symplicity on March 26, 2008, with a base period of 6 months, from date of award through September 30, 2008, and a one-year option period, from October 1, 2008 through September 30, 2009.

5. Information Sciences Corporation (ISC) is not a STARS awardee; therefore ISC was ineligible to receive a task order under the STARS vehicle.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 22, 2008.

Robert Abood