**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INFORMATION SCIENCES CORP.,** | ) | **Case No.: 08-304C** |
| **Plaintiff,** | ) | **Judge Susan G. Braden** |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff Information Sciences Corporation respectfully moves this Court pursuant to Rule 6.1 of the Rules of the Court of Federal Claims for an enlargement of time to file its Response to Defendant's Motion to Dismiss. Plaintiff's Response is currently due on August 25, 2008. We request that the court grant Plaintiff eight additional days to file its Response, until September 2, 2008, due to the travel schedule of Plaintiff's counsel. Counsel for Defendant has represented that Defendant has no objection to this enlargement. Therefore we respectfully request that the court grant Plaintiff's Motion for an Enlargement of Time to file its Response to Defendant's Motion to Dismiss.

Respectfully submitted,

s/ William A. Shook
William A. Shook
K&L Gates LLP
1601 K Street, N.W.
Washington, DC 20006
Tel: (202) 661-6256
Fax: (202) 778-9100

Date: August 20, 2008