# In the United States Court of Federal Claims

No. 08-304C
Filed: August 21, 2008

| | |
|---|---|
| ************************************* | |
| | * |
| INFORMATION SCIENCES CORP., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| ************************************* | |

**ORDER**

Plaintiff's August 20, 2008 Motion For Enlargement of Time is hereby **GRANTED**. Plaintiff will file the Response to the Government's Motion To Dismiss by September 2, 2008.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**