IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SCIENCES CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-304 |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of three days, to and including September 22, 2008, within which to file its reply in support of its motion to dismiss plaintiff's complaint. Defendant's reply is currently due to be filed September 19, 2008. This is defendant's first request for an enlargement of time. Counsel for plaintiff has represented that plaintiff does not oppose this request.

There is good cause for this motion. An enlargement of time is necessary given the complexity of issues presented and the volume of motions and briefs for other cases assigned to undersigned counsel. Defendant also needs time to obtain necessary agency review and supervisory review of its filing.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Gregg M. Schwind by /s Amanda L. Tantum
GREGG M. SCHWIND
AMANDA L. TANTUM
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tel: (202) 353-2345
Fax: (202) 514-8624

September 10, 2008

Attorneys for Defendant