# In the United States Court of Federal Claims

No. 08-304C
Filed: September 11, 2008

*************************************
*
INFORMATION SCIENCES CORP., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
*************************************

**ORDER**

Defendant's September 10, 2008 Unopposed Motion For An Enlargement Of Time is hereby **GRANTED**. Defendant will file the Reply in support of the Motion To Dismiss on or before September 22, 2008.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**